**In re Julie WHITE.**

No. 2007–1031.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).